E-FILED
Wednesday, 29 September, 2004 12:04:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DAVID H. CLEMMONS, an individual, <br><br> Defendant. | Case No. 03-2079 |

# ORDER

**IT IS ORDERED HEREIN AS FOLLOWS:**

1. That this matter be, and hereby is, scheduled for a final pretrial conference by **personal appearance** before the undersigned on **October 29, 2004, at 2:30 p.m.** in Courtroom C, U.S. Courthouse, 201 South Vine Street, Urbana, Illinois.

2. Counsel who will actually try the case shall appear. CDIL-LR 16.1(E)(3).

3. Prior to the date for final pretrial conference, the parties shall confer and shall prepare a proposed final pretrial order for presentation to the Court at the conference. CDIL-LR 16.1(E)(4).

4. The proposed final pretrial order prepared in conformity with the sample contained in Local Rules Appendix I shall contain the following:

   a. A statement of the case including the facts showing the basis for jurisdiction. CDIL-LR 16.1(F)(1).

   b. A signed stipulation of uncontested material facts. CDIL-LR 16.1(F)(2).

   c. A joint statement of uncontested issues of law. CDIL-LR 16.1(F)(3).

   d. A joint statement of all contested material facts and issues of law. CDIL-LR 16.1(F)(4).

   e. Stipulations regarding the use of depositions and the presentation of expert testimony. CDIL-LR 16.1(F)(5).

   f. A list of all witnesses each party intends to call at trial. CDIL-LR 16.1(F)(6).

   g. A list of exhibits each part intends to offer or use at trial. CDIL-LR 16.1(F)(7).

  h.  A list of demonstrative aids intended for use at trial.  CDIL-LR 16.1(F)(8).

  5. The final pretrial order shall be prepared by Plaintiff's counsel.  CDIL-LR 16.1(F).

  6. Plaintiff's counsel shall submit the final pretrial order to opposing counsel at least seven days prior to the final pretrial conference.  CDIL-LR 16.1(F).

  7. At the pretrial conference, the parties shall be prepared to discuss the following:

  a.  The simplification of the issues for trial.  CDIL-LR 16.1(E)(5)(a).

  b.  Any problems of evidence.  CDIL-LR 16.1(E)(5)(b).

  c.  The possible limitation of the number of expert witnesses.  CDIL-LR 16.1(E)(5)(c).

  d.  The desirability and timing of trial briefs.  CDIL-LR 16.1(E)(5)(d).

  e.  Any settlement possibilities.  CDIL-LR 16.1(E)(5)(e).

  f.  Matters which will facilitate speedy disposition of the action.  CDIL-LR 16.1(E)(5)(f).

  g.  Short notice (fast track) possibilities.  CDIL-LR 16.1(E)(5)(g).

  8. If the case will be tried to a jury, the parties shall submit an agreed set of jury instructions.  Instructions upon which the parties are unable to agree shall be submitted separately by the parties.  Each instruction shall be tendered in compliance with Local Rule 16.1(E)(6).  CDIL-LR 16.1(E)(6).

  9. If the case will be a bench trial, the parties shall submit an agreed set of findings of fact and conclusions of law.  Findings and conclusions upon which the parties are unable to agree should be submitted separately by the parties.  CDIL-LR 16.1(E)(8).

  10. The parties shall be prepared to report whether settlement is possible.  CDIL-LR 16.1(E)(2).

  11. The parties should be prepared to make stipulation and agreements as appropriate.  CDIL-LR 16.1(E)(3).

  ENTER this 28th day of September, 2004.

                s/ DAVID G. BERNTHAL
                U.S. MAGISTRATE JUDGE

H:\ORDER\ramada v clemmons.03-2079.fpt order.wpd