E-FILED
Thursday, 30 September, 2004  04:37:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-2079 |
| | ) | |
| DAVID H. CLEMMONS, | ) | Magistrate David C. Bernthal |
| an individual, | ) | |
| | ) | |
|     Defendant. | ) | |

**UNOPPOSED MOTION FOR
CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL**

Plaintiff Ramada Franchise Systems, Inc. ("RFS") respectfully moves the Court for a continuance of the final pretrial conference and trial date in this case, currently set for October 29 and November 15, 2004, respectively. In support this motion, RFS states as follows:

1. RFS has filed a motion for summary judgment, which is now fully briefed and pending before the Court. (Docs. 29-30, 33, 35.) RFS believes that the pending summary judgment motion may eliminate the need for a trial in this case or limit the issues to be tried, depending upon the Court's resolution of that motion. The Court's ruling on summary judgment also is likely to lead to further settlement discussions between the parties, as they will have the benefit of the Court's decision on summary judgment to guide their decision-making.

2. Under the current schedule, the parties will be required to commence trial preparations on all of RFS' claims, including preparation of the final pretrial order, beginning in early October. Among other things, the parties would be required presently to prepare statements and proposed findings of facts and conclusions of law, motions *in limine*, trial briefs, exhibits and witnesses for all of the issues now in the case, including issues that likely may be

-2-

resolved by the pending summary judgment motion. In view of the issues and circumstances of this particular case, RFS believes that the commencement of trial preparations before the Court has ruled on the pending summary judgment motion would require both parties to expend resources unnecessarily, and is likely to hamper their ability to reach an amicable resolution of the case.

3. Accordingly, RFS respectfully requests that the current pretrial conference and trial dates be continued and reset after the Court has issued a decision on the pending summary judgment motion, if there are issues remaining to be tried.

4. Counsel for the Defendant has advised that Defendant does not object to the relief sought in this Motion.

WHEREFORE, Ramada Franchise Systems, Inc. respectfully requests that the Court continue the current final pretrial conference and the trial dates and reset those dates after the Court has issued a decision on the pending summary judgment motion, if there are issues remaining to be tried.

Dated: September 30, 2004

                                              Respectfully submitted,

                                              s/Robin M. Spencer
                                              RAMADA FRANCHISE SYSTEMS, INC.

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
rspencer@schiffhardin.com
pmorency@schiffhardin.com
fburke@schiffhardin.com