## **CERTIFICATE OF SERVICE**

I, Robin M. Spencer, an attorney, hereby certify that I caused to be served, by virtue of the Court's ECF system, a copy of the Unopposed Motion for Continuance of Pretrial Conference and Trial upon the following on September 30, 2004:

Ronald E. Osman, Esq.
Attorney for Defendant David H. Clemmons
Ronald E. Osman & Associates Ltd.
1602 W. Kimmel St.
P.O. Box 939
Marion, Illinois 62959-1003
(618) 997-5151
(618) 997-4983

                                            s/Robin Spencer
                                            Robin M. Spencer

CH1\4053212.1