E-FILED
Thursday, 14 October, 2004  04:01:37 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **RAMADA FRANCHISE SYSTEMS, INC.,** a Delaware corporation, | ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Case No. 03-2079** |
| **DAVID H. CLEMMONS, an individual,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER

While considering Plaintiff's motion for summary judgment (#29), the Court has looked at Plaintiff's Exhibit E and cannot determine, based on that document, how Mr. Darby arrived at the figure of $41,588 he provided for damages for trademark infringement. Plaintiff is therefore directed to provide the Court and Defendant with a more detailed explanation of the calculation in a supplemental memorandum to be filed within ten (10) days from the date of this Order. Defendant may file his responsive supplemental brief within ten (10) days of receipt of Plaintiff's supplemental brief.

ENTER this 14th day of October, 2004.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

H:\ORDER\ramada v clemmons.03-2079.10 14 04.order.wpd