IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 03-2079 |
| DAVID H. CLEMMONS, an individual, | ) ) ) | Mag. David C. Bernthal |
| Defendant. | ) ) | |

### PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to the Court's October 14, 2004 Order, plaintiff Ramada Franchise Systems, Inc. ("RFS") respectfully submits this Supplemental Memorandum providing a more detailed explanation of its calculation of the trademark infringement component of the damages that it seeks in its Motion for Summary Judgment against defendant David H. Clemmons ("Clemmons") on Counts I-IV, VI-VII and IX-XI of Plaintiff's Amended Complaint. (Docs. 29-30.)

1.      As set forth in its Motion for Summary Judgment and opening papers, RFS seeks $41,588.00 as its damages for Clemmons' unauthorized, willful post-termination use of the Ramada Marks at his Danville, Illinois guest lodging facility ("Facility"), trebled to total $124,764.00. (Memorandum in Support of Motion for Summary Judgment ("Memorandum"), ¶¶ 62-65, & Ex. 1 thereto, Darby Aff., at ¶¶ 65-68; see also Affidavit of Albertina Cunha, ¶ 3, attached hereto as Ex. 1.)

2.      These infringement damages were determined according to the reasonable royalty measure of damages, using the contractual royalty rate set forth in the License Agreement.

(Memorandum at ¶ 65 and Ex. 1 thereto, Darby Aff., at ¶ 65; Cunha Aff., at ¶ 4.)  Specifically, these damages were calculated by multiplying the Facility's average monthly reported gross room revenues for the 24 months preceding termination [$61,158.91] by the royalty percentage rate that Clemmons was obligated to pay to RFS under Section 6 and Schedule C of the License Agreement [8.5%], multiplied by the number of months of post-termination infringement [8 months], and then trebling that number pursuant to the Lanham Act.  Said another way, the calculation is $61,158.91 [average monthly gross room revenues] x 8.5% [contractual royalty rate] = $5,198.50 [average monthly royalties ("Recurring Fees")] x 8 [months of infringement] = $41,588.00, trebled to $ 124,764.00.  (Cunha. Aff. ¶ 4.)

3. The Facility's average monthly gross room revenue component of this calculation was determined by using the gross room revenues that the Facility reported to RFS from September 2000 through August 2002, the approximate two-year period prior to the termination of the License Agreement.[1]  The Facility reported $1,467,814 in total gross room revenues between September 2000 and August 2002.  Thus, the Facility's average monthly reported gross room revenue prior to termination was $61,158.91 [$1,467,814 divided by 24 months].  (Cunha. Aff. ¶ 5 and Exs. A-B thereto.)

Thus, RFS' trademark infringement damages have been determined from gross revenue room figures that Clemmons' Facility reported to RFS, and have been calculated according to the accepted measure of damages for trademark infringement by "hold-over" franchisees whose license agreements have been terminated.  Accordingly, plaintiff Ramada Franchise Systems, Inc. respectfully requests that the Court enter summary judgment in its favor on its trademark infringement claims award, along with the other damages and relief sought in its Motion, for a total judgment against defendant David H. Clemmons in the amount of $275,362.03, plus interest, attorneys' fees and costs, and any other relief the Court deems just.

---

[1] The Facility did not report its gross room revenue for September, October or November of 2002 in violation of the License Agreement.  (Cuhna. Aff. ¶ 5 n.1.)

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 25, 2004 | RAMADA FRANCHISE SYSTEMS, INC. |
|  | By:____s/Fiona A. Burke_____ |
|  | Counsel for Plaintiff |

Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 phone
(312) 258-5700 fax

**CERTIFICATE OF SERVICE**

      I, Fiona A. Burke, an attorney, hereby certify that I caused to be served a copy of the foregoing Reply in Support of Plaintiff's Motion for Summary Judgment upon the following by virtue of the Court's ECF filing system on October 25, 2004:

Ronald E. Osman, Esq.
Ronald E. Osman & Associates Ltd.
1602 W. Kimmel St.
P.O. Box 939
Marion, Illinois 62959-1003
(618) 997-5151
(618) 997-4983

                                                                            s/Fiona A. Burke
                                                                            Fiona A. Burke

CH1\4191256.1