untitled

*Property Operating Statistics*
As of: 10/16/2004

**RAMADA**
*A very good place to be*

Site: Danville-891

ENTITY: ALL ENTITIES FOR THIS SITE            STATUS: 11-TERMINATION

RANGE BEG: MO 9   YEAR 2000      END: MO 8   YEAR 2001

| Yr | Mo | Days Open | Occupancy | Rooms Avail | Rooms Rented | Revenue | ADR |
|---|---|---|---|---|---|---|---|
| 2000 | 9 | 30 | 39.38% | 3,930 | 1,548 | $87,305 | 56.39 |
| 2000 | 10 | 31 | 45.67% | 4,061 | 1,855 | $72,822 | 39.25 |
| 2000 | 11 | 30 | 34.19% | 3,930 | 1,344 | $54,394 | 40.47 |
| 2000 | 12 | 31 | 25.06% | 4,061 | 1,018 | $38,512 | 37.83 |
| 2001 | 1 | 31 | 28.04% | 4,061 | 1,139 | $42,695 | 37.48 |
| 2001 | 2 | 28 | 32.47% | 3,668 | 1,191 | $48,892 | 41.05 |
| 2001 | 3 | 31 | 39.59% | 4,061 | 1,608 | $67,708 | 42.10 |
| 2001 | 4 | 30 | 31.78% | 3,930 | 1,249 | $53,302 | 42.67 |
| 2001 | 5 | 31 | 24.52% | 4,061 | 996 | $68,247 | 68.52 |
| 2001 | 6 | 30 | 38.52% | 3,930 | 1,514 | $87,273 | 57.64 |
| 2001 | 7 | 31 | 24.91% | 4,061 | 1,012 | $89,237 | 88.17 |
| 2001 | 8 | 31 | 43.26% | 4,061 | 1,757 | $80,464 | 45.79 |
| Total | | 365 | 33.94% | 47,815 | 16,231 | $790,851 | 48.72 |

EXHIBIT A

10/18/2004 11:21 FAX 19734965915     CENDANT LEGAL DEPT     ⌀003/004

2:03-cv-02079-DGB     # 40-3     Page 2 of 2
Page 1 of

untitled

## Property Operating Statistics
As of: 10/16/2004



Site: Danville-891

ENTITY: ALL ENTITIES FOR THIS SITE              STATUS: 11-TERMINATION

**RANGE BEG: MO** 9   **YEAR** 2001          **END: MO** 8   **YEAR** 2002      

| Yr | Mo | Days Open | Occupancy | Rooms Avail | Rooms Rented | Revenue | ADR |
|---|---|---|---|---|---|---|---|
| 2001 | 9 | 30 | 50.00% | 3,930 | 1,965 | $90,338 | 45.97 |
| 2001 | 10 | 31 | 47.45% | 4,061 | 1,927 | $87,727 | 45.52 |
| 2001 | 11 | 30 | 41.93% | 3,930 | 1,648 | $60,945 | 36.98 |
| 2001 | 12 | 31 | 33.19% | 4,061 | 1,348 | $52,170 | 38.70 |
| 2002 | 1 | 31 | 6.62% | 4,061 | 269 | $10,116 | 37.60 |
| 2002 | 2 | 28 | 30.45% | 3,668 | 1,117 | $42,128 | 37.71 |
| 2002 | 3 | 31 | 31.37% | 4,061 | 1,274 | $45,185 | 35.46 |
| 2002 | 4 | 30 | 25.57% | 3,930 | 1,005 | $48,976 | 48.73 |
| 2002 | 5 | 31 | 34.20% | 4,061 | 1,389 | $51,501 | 44.27 |
| 2002 | 6 | 30 | 32.59% | 3,930 | 1,281 | $61,384 | 47.91 |
| 2002 | 7 | 31 | 28.29% | 4,061 | 1,149 | $50,896 | 44.29 |
| 2002 | 8 | 31 | 31.76% | 4,061 | 1,290 | $65,597 | 50.85 |
| Total | | 365 | 32.75% | 47,815 | 15,662 | $676,963 | 43.22 |