10/18/2004 11:21 FAX 19734965915 CENDANT LEGAL DEPT ☐004/004
2:03-cv-02079-DGB   # 40-4   Page 1 of 1

FIS EXPRESS - Contracts

E-FILED
Monday, 25 October, 2004 04:28:57 PM
Clerk, U.S. District Court, ILCD

**Contracts**
As of: 10/16/2004

**RAMADA**
*A very good place to be*

**Site: Danville-891**

**ENTITY:** 13945-David H. Clemmons and George D. Barnes
**PROPERTY:** 00891
**AGREE TERM:** 15
**OPEN DATE:** 02/01/1975
**COMMENCE DATE:** 06/23/1992

**STATUS:** 11-TERMINATION

**TERMINATION DATE:** 11/26/2002
**TERMINATION REASON:** QA DEFAULT
**EXECUTION DATE:** 06/23/1992
**EXPIRATION DATE:** 06/22/2007

| Date | Sales Minimum | Royalty Pct | Royalty Min | Resv Pct | Resv Min | Adv/Mrkt Pct | Adv/Mrkt Min | Ad Fund Pct | Ad Fund Min |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/1992 | 0 | 4.00% | 0.00 | 0.00% | 0.00 | 4.50% | 0.00 | 0.00% | 0.00 |


PLAINTIFF'S EXHIBIT