FIS EXPRESS - Contracts

**Contracts**
As of: 10/16/2004

**RAMADA**
*A may good place to be*

## Site: Danville-891

**ENTITY:** 13945-David H. Clemmons and George D. Barnes

**PROPERTY:** 00891

**AGREE TERM:** 15

**OPEN DATE:** 02/01/1975

**COMMENCE DATE:** 06/23/1992

**STATUS:** 11-TERMINATION

**TERMINATION DATE:** 11/26/2002

**TERMINATION REASON:** QA DEFAULT

**EXECUTION DATE:** 06/23/1992

**EXPIRATION DATE:** 06/22/2007

| Date | Sales Minimum | Royalty Pct | Royalty Min | Resv Pct | Resv Min | Adv/Mrkt Pct | Adv/Mrkt Min | Ad Fund Pct | Ad Fund Min |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/1992 | 0 | 4.00% | 0.00 | 0.00% | 0.00 | 4.50% | 0.00 | 0.00% | 0.00 |



PLAINTIFF'S EXHIBIT B