E-FILED
Monday, 13 December, 2004  11:28:33 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **RAMADA FRANCHISE SYSTEMS, INC.,** a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 03-2079 |
| **DAVID H. CLEMMONS,** an individual, | ) ) ) | Hon. David C. Bernthal |
| Defendant. | ) ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT ON
COUNTS I, II, IV, VI, VII, IX and XI OF THE VERIFIED COMPLAINT AND
FOR DISMISSAL OF COUNTS V and VIII (ONLY) OF THE VERIFIED COMPLAINT**

Subject to the approval of the Court, plaintiff Ramada Franchise Systems, Inc. ("RFS") moves for entry of the attached Order of Dismissal of Counts V and VIII (only) of the Verified Complaint, which are the two counts remaining to be tried in this matter. Counts V and VIII were plead in the alternative and make claims under the Illinois Deceptive Trade Practices Act and for an Accounting, respectively. The proposed order (Exhibit A) contains a dismissal of those two Counts of the Verified Complaint with prejudice.

In addition, plaintiff RFS hereby respectfully moves the Court to enter final judgment in RFS' favor on Counts I, II, IV, VI, VII, IX and XI of the Verified Complaint, to the extent to which the Court granted summary judgment in RFS' favor on those Counts by Order dated December 8, 2004.[1] RFS has attached a proposed Judgment for the Court's consideration and

---

[1] In connection with granting summary judgment in RFS' favor on those counts, the Court determined that Count III was moot. (12/8/04 Order at 20.) In addition, Count X, pleaded in the alternative, is moot by virtue of the Court's ruling that RFS is entitled to liquidated damages under Count IX.

-2-

entry (Exhibit B), and expects to file its petition for attorneys' fees and costs thereafter in accordance with the Local Rules.

WHEREFORE, plaintiff Ramada Franchise Systems, Inc. respectfully submits the attached proposed Order of Dismissal of Counts V and VIII of the Verified Complaint (Only) with prejudice and respectfully asks the Court to enter final judgment in its favor and against defendant David Clemmons on Counts I, II, IV, VI, VII, IX and XI of the Verified Complaint, as set forth in the attached proposed Judgment Order which reflects the Court's ruling in its December 8, 2004 Order, with Plaintiff to file its petition for attorneys' fees and costs thereafter in accordance with the Local Rules.

Dated: December 13, 2004

Respectfully submitted,

RAMADA FRANCHISE SYSTEMS, INC.

By:___s/Robin M. Spencer_____

Counsel for Plaintiff
Paula J. Morency
Robin M. Spencer
Fiona A. Burke
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500 phone
(312) 258-5600 facsimile
pmorency@schiffhardin.com
rspencer@schiffhardin.com
fburke@schiffhardin.com

**CERTIFICATE OF SERVICE**

    I, Robin M. Spencer, an attorney, hereby certify that I caused to be served a copy of the foregoing Plaintiff's Motion For Entry of Final Judgment on Counts I, II, IV, VI, VII, IX and XI of the Verified Complaint and for Dismissal of Counts V and VIII (Only) of the Verified Complaint, with proposed orders, upon the following by virtue of the Court's ECF filing system on December 13, 2004:

>Ronald E. Osman, Esq.
>Ronald E. Osman & Associates Ltd.
>1602 W. Kimmel St.
>P.O. Box 939
>Marion, Illinois 62959-1003
>(618) 997-5151
>(618) 997-4983

>  s/Robin M. Spencer
>    Robin M. Spencer