E-FILED
Monday, 13 December, 2004  11:30:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 03-2079 |
| DAVID H. CLEMMONS, an individual, | ) )   Hon. David C. Bernthal ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL OF COUNTS V and VIII (ONLY)**
**OF THE VERIFIED COMPLAINT**

This matter having come before the Court upon RFS' Motion for Dismissal of Counts V and VIII (Only) of the Verified Complaint and for Entry of Final Judgment on Counts I, II, IV, VI, VII, IX and XI of the Verified Complaint, the Court having been fully advised,

IT IS HEREBY ORDERED THAT:

Counts V and VIII of the Verified Complaint (only) are hereby dismissed with prejudice.

ENTERED:

_____
Hon. David G. Bernthal

Dated: December ___, 2004