E-FILED
Monday, 13 December, 2004  11:30:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-2079 |
| | ) | |
| DAVID H. CLEMMONS, | ) | Hon. David C. Bernthal |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter having come before the Court upon Ramada Franchise Systems, Inc.'s Motion for Entry of Final Judgment on Counts I, II, IV, VI, VII, IX and XI of the Verified Complaint, the Court having been fully advised,

IT IS HEREBY ORDERED THAT:

Judgment is hereby entered in favor of plaintiff Ramada Franchise Systems, Inc. and against defendant David Clemmons in the amount of $219,524.03 as follows:

1.  On Counts I, II, IV, VI and VII of the Verified Complaint in the amount of $83,176.00; and

2.  On Count IX of the Verified Complaint in the amount of $50,000; and

3.  On Count XI of the Verified Complaint in the amount of $86,348.03; and

4.  Plaintiff's request for attorneys' fees, costs and expenses shall be determined after the submission of Plaintiff's Petition for Attorneys' Fees and Costs, to be submitted in accordance with the Local Rules.

Dated:  December __, 2004                          ENTERED:


                                                   _____
                                                   Hon. David G. Bernthal