**E-FILED**
Friday, 14 January, 2005  04:37:35 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# EXHIBIT A

**THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.**

Scott McLester, Esq.
Cendant Corporation                          JANUARY 13, 2005
1 Sylvan Way
Parsippany, New Jersey 07054

RE: Ramada Franchise Systems, Inc. (891)
    (Danville, IL) Re George D. Barnes and David H.
    Clemmons
Matter Number: 26384-0079
CLIENT CLAIM/MATTER No.: HFL00000717

DESCRIPTION OF LEGAL SERVICES

Period covered by this invoice 01/01/00 to 01/13/05

| Name | Date | Hours | Description of Services | Task Act | Amount |
|------|------|-------|-------------------------|----------|--------|
| * * * REDACTED | | | | | |
| RMS | 02/24/03 | .90 | Conference with FAB re draft complaint; email A/R statement to FAB; subsequent email communications with FAB re chart of Ramada trademarks; later conferences with FAB re factual issues and direction to FAB re draft complaint and ordering asset search; begin to review FAB draft. | L210 A105 | 297.00 |
| * * * REDACTED | | | | | |
| FAB | 02/24/03 | 5.00 | Draft Complaint. | L210 A103 | 1000.00 |
| * * * REDACTED | | | | | |
| RMS | 02/25/03 | 1.50 | Review and revise FAB's draft verified complaint; consult post-termination inspection report and draft additional cease and desist letter; final revisions to drafts; email to J. Sciarrotta and S. Williams re same, with explanatory note. | L210 A103 | 495.00 |
| RMS | 03/10/03 | .20 | Email from J. Sciarrotta in response to 2/25 email, regarding draft pleadings and draft cease/desist letter; update cease and desist letter date and send to hotel owners/operators. | L190 A106 | 66.00 |

* * * REDACTED

| RMS | 04/07/03 | .50 | Series of CLIPs to/from J. Sciarrotta re case. | L190 A106 | 165.00 |
|-----|----------|-----|------------------------------------------------|-----------|--------|
| RMS | 04/07/03 | .30 | Conference with and direction to FAB re drafting injunction brief and motion; review CLIP re infringement issues. | L220 A105 | 99.00 |
| RMS | 04/07/03 | .20 | Email communications to J. Sciarrotta, S. Williams with revised pleading and explanatory notes. | L210 A106 | 66.00 |
| RMS | 04/07/03 | .30 | Conference with and direction to real estate paralegal S. Sickles re ownership of hotel property and searches; CLIPs with client re ownership and infringement; email communications with SS re title search. | L190 A105 | 99.00 |
| SLS | 04/07/03 | .50 | Conference with R. Spencer and prepare and forward written request to title company for obtaining the last deed of record to confirm entity with property ownership. | L110 A102 | 85.00 |
| FAB | 04/11/03 | 2.80 | Draft motion for preliminary injunction, supporting memorandum, affidavit and draft order and prepare exhibits. | L220 A103 | 560.00 |
| RMS | 04/14/03 | 1.00 | Revise FAB's drafts. | L210 A103 | 330.00 |
| SLS | 04/14/03 | .80 | Review recorded deeds forwarded.  Telephone conference with title company regarding chain of title and current owners.  Forward information to attorney. | L110 A102 | 136.00 |
| RMS | 04/15/03 | .70 | Revise pleadings to reflect client comments. | L210 A103 | 231.00 |
| RMS | 04/15/03 | .40 | Review inspection report and correspondence from client; direct preparation of 12/19/02 letter as exhibit; communications with FAB re pleading. | L210 A104 | 132.00 |

* * * REDACTED

| RMS | 04/15/03 | .40 | Email revised complaint to J. | L210 A106 | 132.00 |
|-----|----------|-----|-------------------------------|-----------|--------|

|     |          |      | Sciarrotta, S. Williams with explanatory note; CLIP communications re same. |           |        |
| --- | -------- | ---- | --- | --------- | ------ |
| FAB | 04/15/03 | .10  | Communications with Stefani Williams re obtaining current de-id inspection. | L220 A106 | 20.00  |
| * * * REDACTED | | | | | |
| FAB | 04/17/03 | .10  | Telephone conversation with private investigator, Bob Lucas, re inspecting the site. | L110 A108 | 20.00  |
| * * * REDACTED | | | | | |
| FAB | 04/18/03 | .10  | Communications with S. Sickles re investigation of current owner of property. | L110 A105 | 20.00  |
| SLS | 04/18/03 | 1.40 | Review recorded documentation received from title company and telephone call to title company regarding additional recorded deed. Prepare detailed informational memorandum to attorney regarding status of chain of title and current ownership of subject property. | L110 A102 | 238.00 |
| * * * REDACTED | | | | | |
| RMS | 04/28/03 | .20  | Conference with and direction to FAB re finalization of draft complaint and preliminary injunction papers, and status of investigator's inspection of property. | L220 A105 | 66.00  |
| FAB | 04/28/03 | .10  | Left message for S. Williams re revisions to complaint. | L210 A106 | 20.00  |
| FAB | 04/28/03 | .20  | Conference with R. Spencer re status of draft complaint, preliminary injunction papers, and private investigator report. | L210 A105 | 40.00  |
| FAB | 04/30/03 | .10  | Telephone conference with S. Williams re client comment on draft complaint. | L210 A106 | 20.00  |
| FAB | 04/30/03 | .10  | Telephone conversation with Bob Lucas re affidavit of infringement. | L220 A108 | 20.00  |
| * * * REDACTED | | | | | |
| RMS | 05/01/03 | .10  | CLIP from J. Sciarrotta re | L210 A106 | 33.00  |

final revisions to complaint.

| | | | | | |
|---|---|---|---|---|---|
| RMS | 05/01/03 | .30 | CLIP from S. Williams re complaint and early infringement report; CLIP to J. Sciarrotta, S. Williams re investigator's findings and infringement details. | L220 A106 | 99.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 05/01/03 | .30 | Review the affidavit of investigator R. Lucas re infringement; communications with and direction to FAB re affidavit and injunction motion. | L220 A104 | 99.00 |
| RMS | 05/01/03 | .80 | Review and revise FAB's draft preliminary injunction brief, Darby affidavit and motion; conference with and direction to FAB re same. | L220 A103 | 264.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 05/01/03 | 1.20 | Final revisions to Complaint per client comments; review exhibits to attach to complaint; prepare Certificate of Interest; review and revise civil cover sheet. | L210 A103 | 240.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 05/01/03 | .60 | Final revisions to Preliminary Injunction papers to include Bob Lucas' affidavit information. | L220 A103 | 120.00 |
| FAB | 05/01/03 | .20 | Voicemails/emails to/from S. Williams and J. Sciarrotta re draft preliminary injunction papers. | L220 A106 | 40.00 |
| FAB | 05/02/03 | .20 | Telephone conversation with K. Jeff re preliminary injunction drafts; forward Bob Lucas' Affidavit and exhibits for review. | L220 A106 | 40.00 |
| FAB | 05/02/03 | .20 | Revise Darby Affidavit per client's comments. | L220 A103 | 40.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 05/09/03 | .10 | Update CLIP profile to reflect information re filed complaint. | L210 A106 | 20.00 |

| FAB | 05/09/03 | .10 | Review court docket to determine judge assigned to matter. | L210 A104 | 20.00 |
| RMS | 05/21/03 | .20 | Communications to/from FAB re status of service on defendant and judicial assignment of matter. | L210 A105 | 66.00 |
| FAB | 05/21/03 | .20 | Communications with R. Spencer re status of case; check re status of service on defendant. | L210 A105 | 40.00 |
| FAB | 05/21/03 | .10 | Review court docket to determine whether defendant has appeared/answered. | L210 A104 | 20.00 |
| RMS | 05/29/03 | .10 | Communications with FAB, FM re status of service on defendant. | L190 A105 | 33.00 |
| FAB | 06/05/03 | .10 | Communications with R. Spencer re title search for property. | L110 A105 | 20.00 |
| RMS | 06/09/03 | .10 | Communication and direction to FAB re drafting consent injunction. | L220 A105 | 33.00 |
| RMS | 06/09/03 | .10 | Review notes of discussion with opposing counsel R. Osman re status of de-identification. | L190 A104 | 33.00 |
| RMS | 06/09/03 | .10 | Begin review of FAB's draft consent injunction. | L220 A103 | 33.00 |

\* \* \* REDACTED

| FAB | 06/09/03 | .50 | Draft Consent Injunction. | L220 A103 | 100.00 |
| RMS | 06/11/03 | .20 | Revise FAB's draft consent injunction. | L220 A103 | 66.00 |
| RMS | 06/11/03 | .20 | Call from opposing call R. Osman re de-identification; direction for transcription of voice mail. | L220 A107 | 66.00 |
| RMS | 06/11/03 | .40 | Draft summary report to CLIP re telephone conferences with Osman, status of de-identification, consent injunction, and filings. | L190 A103 | 132.00 |
| RMS | 06/11/03 | .10 | Direction to FAB re 26(f) and pretrial deadlines. | L190 A105 | 33.00 |

\* \* \* REDACTED

| RMS | 06/17/03 | .20 | Consult PACER database re answer filed by defendant. | L190 A104 | 66.00 |
| FAB | 06/18/03 | .10 | Update CLIP with answer filing/service information. | L210 A106 | 20.00 |
| FAB | 06/18/03 | .20 | Review defendant's Answer and Third Party Complaint. | L210 A104 | 40.00 |

* * * REDACTED

| RMS | 06/30/03 | .30 | Revise draft consent injunction based on information from defense counsel. | L220 A103 | 99.00 |
| RMS | 06/30/03 | .10 | Email draft consent injunction to M. Banks, S. Williams with explanatory note. | L220 A106 | 33.00 |
| RMS | 07/07/03 | .20 | Review fax from M. Banks and client comments with respect to consent injunction. | L220 A104 | 66.00 |

* * * REDACTED

| FAB | 07/10/03 | .30 | Review initial disclosures received from Clemmons and documents produced therewith. | L310 A104 | 60.00 |
| FAB | 07/10/03 | .30 | Communications with R. Spencer re defendant's initial disclosures and documents produced and re our Rule 26(a) disclosures, and re proposed injunction issue. | L310 A105 | 60.00 |

* * * REDACTED

| FAB | 07/15/03 | .10 | Revise Rule 26(a) disclosures. | L310 A103 | 20.00 |
| FAB | 07/15/03 | .10 | Communications with S. Williams re information needed to complete Rule 26(a) disclosures. | L310 A106 | 20.00 |
| RMS | 07/18/03 | .50 | Series of communications with opposing counsel R. Osman re status of consent injunction, in anticipation of filing it with the court; communications with CS re same. | L220 A107 | 165.00 |
| FAB | 07/19/03 | .20 | Review Rule 26(a) disclosures per Stefani Williams email. | L310 A103 | 40.00 |

* * * REDACTED

| RMS | 07/23/03 | .10 | Review letter from opposing | L220 A103 | 33.00 |

counsel R. Osman and enclosed
executed consent injunction.

| RMS | 07/23/03 | .30 | Direct the preparation of notice of filing, letter to clerk's office and certificate of service re consent injunction; coordination with FAB re filing/service with Court of amended return of service. | L220 A111 | 99.00 |

* * * REDACTED

| RMS | 08/05/03 | .90 | Review materials/documents and 26(a) of defendants; review sections of lease agreement. | L190 A103 | 297.00 |

| RMS | 08/05/03 | .30 | CLIP To M. Banks, S. Williams re matter. | L190 A106 | 99.00 |

| RMS | 08/06/03 | .40 | Draft letter to R. Osman; review injunction issues. | L190 A107 | 132.00 |

* * * REDACTED

| RMS | 08/06/03 | .50 | CLIP to M. Banks, S. Williams re entry of consent injunction, infringement, strategic issues and [REDACTED] | L220 A106 | 165.00 |

| RMS | 08/11/03 | .20 | Review Judge Baker's order. | L190 A104 | 66.00 |

| RMS | 08/12/03 | .40 | CLIP to M. Banks, S. Williams in follow up to previous CLIP (re factual and legal issues and settlement potential). | L160 A106 | 132.00 |

* * * REDACTED

| RMS | 08/18/03 | .20 | Review affidavit of compliance filed by defendants pursuant to consent injunction. | L220 A104 | 66.00 |

* * * REDACTED

| RMS | 09/10/03 | .20 | Telephone conference with defense counsel R. Osman re rescheduling of initial scheduling conference with the Court due to date conflict and re potential for resolution of matter. | L190 A107 | 66.00 |

| RMS | 09/10/03 | .20 | Telephone conference with defense counsel R. Osman re hearing date and potential | L190 A107 | 66.00 |

for resolution of matter.

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 09/17/03 | .30 | Draft letter requesting financial audit information from Defendant Clemmons. | L160 A103 | 60.00 |
| FAB | 09/17/03 | .10 | Communications with R. Spencer re draft letter requesting financial audit information from Defendant Clemmons. | L160 A105 | 20.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 09/18/03 | .50 | Draft Rule 26(f) Report. | L250 A103 | 100.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 09/30/03 | .20 | Check Docket sheet; communications with FAB re Rule 26(a) disclosures and required certification of compliance to be filed with Court. | L190 A105 | 66.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 09/30/03 | .10 | Communications with R. Spencer re Rule 26(a) disclosures. | L310 A105 | 20.00 |
| FAB | 09/30/03 | .20 | Revise Rule 26(a) disclosures and prepare certificate of compliance per court's order; revise Rule 26(f) report. | L310 A103 | 40.00 |
| FAB | 09/30/03 | .10 | Communications with S. Williams re Ramada personnel to include in Rule 26(a) disclosures. | L310 A106 | 20.00 |
| RMS | 10/01/03 | .10 | Communications with FAB re Rule 26(f) report, status. | L190 A105 | 33.00 |
| RMS | 10/13/03 | .50 | Review docket on PACER to determine new deadline for filing Rule 26(f) plan due to change in Rule 16 hearing date; review August 25 order; review and revise FAB's draft Rule 26(f) report; brief communication with JL re docketing new date. | L190 A104 | 165.00 |
| RMS | 10/14/03 | .40 | Review letter from defense counsel R. Osman; scan letter and email to client M. Banks, S. Williams with email communication re [REDACTED | L160 A106 | 132.00 |

re settlement materials]

| | | | | | |
|---|---|---|---|---|---|
| RMS | 10/23/03 | .10 | Conference with FAB re Rule 26(f) conference/report. | L190 A105 | 33.00 |
| FAB | 10/23/03 | .10 | Communications with R. Spencer confirming Rule 26(f) report. | L230 A105 | 20.00 |
| RMS | 10/24/03 | .20 | Review draft dates sent by FM; telephone conference with defense counsel R. Osman's office re Rule 26(f) conference and report; notes re same. | L190 A107 | 66.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 10/27/03 | .70 | Email to defense counsel R. Osman re Rule 26(f) report, discovery plan and Clemmons' financial information, attaching proposed report of planning meeting; fax to R. Osman's office; review subsequent R. Osman faxed communication; direct filing and service of parties' planning report. | L390 A107 | 231.00 |
| FAB | 10/27/03 | .10 | Communications with R. Spencer re Rule 26(f) report. | L230 A105 | 20.00 |
| RMS | 10/29/03 | .40 | Consult order and draft email memorandum to M. Banks re issues to consider for initial hearing before Judge Baker, including settlement position, consent to Magistrate, and related considerations. | L190 A106 | 132.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 10/29/03 | .50 | Review/analyze materials in matter in preparation for discussions with opposing counsel and initial hearing. | L190 A104 | 165.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 11/03/03 | .10 | Conference with FAB re her collection of information with S. Williams and issue of unauthorized transfer. | L190 A105 | 33.00 |
| RMS | 11/03/03 | .10 | Review letter from R. Osman's office enclosing his original signature page to planning report. | L190 A104 | 33.00 |

* * * REDACTED

| RMS | 11/03/03 | .30 | Call and message to M. Banks re upcoming hearing and related issues; subsequent telephone conference with M. Banks re same, including [REDACTED - settlement and strategy] | L160 A106 | 99.00 |

* * * REDACTED

| RMS | 11/04/03 | 8.70 | Travel to Urbana, Illinois, for hearing before Judge Baker; voice mail communications with M. Banks and FAB re [REDACTED - settlement and strategy]; hearing before Judge Baker; conferences with defense counsel R. Osman before and after the hearing; travel back to Chicago. | L450 A109 | 2871.00 |

* * * REDACTED

| RMS | 11/06/03 | .60 | Draft CLIP memorandum to M. Banks, S. Williams summarizing initial hearing before Judge Baker and communications with defense counsel R. Osman concerning [REDACTED – settlement], in consultation with notes. | L190 A106 | 198.00 |

| RMS | 11/06/03 | .20 | Email memorandum to FAB re factual issues and questions, with direction re same. | L190 A105 | 66.00 |

* * * REDACTED

| RMS | 11/10/03 | .10 | Call to M. Banks re additional documents needed from defendant (follow up to previous CLIP). | L160 A106 | 33.00 |

| RMS | 11/11/03 | .10 | Call to M. Banks re outstanding issues. | L160 A106 | 33.00 |

| RMS | 11/13/03 | .10 | Review order from Magistrate Bernthal setting status conference. | L450 A104 | 33.00 |

* * * REDACTED

| RMS | 11/18/03 | .50 | Review financial info provided by M. Banks; compare to audit list; email to R. Osman concerning additional financial records requested by RFS. | L160 A103 | 165.00 |

| | | | | | |
|---|---|---|---|---|---|
| RMS | 11/18/03 | .10 | Review email correspondence from defense counsel R. Osman re financial records. | L160 A104 | 33.00 |
| RMS | 11/24/03 | .10 | Review schedule; call to Judge Bernthal's chambers to provide contact information in advance of telephone hearing. | L190 A108 | 33.00 |
| RMS | 11/24/03 | .60 | Prepare for and appear before Magistrate Judge Bernthal for telephonic status hearing; conference with JL following hearing to docket new dates; add revised dates to client's CLIP litigation calendar. | L450 A109 | 198.00 |
| RMS | 12/01/03 | .10 | Review Magistrate Bernthal's minute order re schedule. | L190 A104 | 33.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 01/06/04 | .10 | Conference with and direction to FAB re follow up on this matter, including status of discussions with opposing counsel and discovery schedule. | L190 A105 | 36.00 |
| FAB | 01/06/04 | .20 | Communications with R. Spencer re discovery. | L310 A105 | 40.00 |
| FAB | 01/06/04 | .10 | Review scheduling order re discovery cutoff. | L310 A104 | 20.00 |
| RMS | 01/08/04 | .20 | Consult previous email from defense attorney R. Osman; email correspondence to Osman inquiring about status of his client's promised financial materials. | L160 A107 | 72.00 |
| RMS | 01/09/04 | .10 | Review responsive email received from defense counsel R. Osman re audit documents. | L160 A107 | 36.00 |
| RMS | 01/13/04 | .10 | Begin to review letter from defense counsel R. Osman; direct forwarding of materials to client. | L160 A104 | 36.00 |
| RMS | 01/19/04 | .10 | Review CLIP from M. Banks re additional financial materials received from defendant; communication to FAB re same. | L160 A106 | 36.00 |

* * * REDACTED

| FAB | 02/24/04 | .30 | Review and revise first set of interrogatories and discovery requests and serve same. | L310 A103 | 60.00 |
|-----|----------|-----|------|------|-------|
| FAB | 02/24/04 | .10 | Communications with R. Spencer re serving written discovery on defendant. | L310 A105 | 20.00 |

* * * REDACTED

| RMS | 03/25/04 | .20 | Communications with FAB regarding case issues. | L190 A105 | 72.00 |
|-----|----------|-----|------|------|-------|
| RMS | 03/25/04 | .20 | Review marked complaint and answer. | L190 A104 | 72.00 |
| RMS | 04/12/04 | .50 | Review audit materials and communications from M. Banks re matter/materials; email to defense counsel R. Osman re [REDACTED – settlement discussion] | L160 A107 | 180.00 |
| RMS | 04/13/04 | .10 | Email direction to FAB re case dates. | L250 A105 | 36.00 |
| FAB | 04/13/04 | .10 | Communications with R. Spencer re dispositive motion deadline. | L350 A105 | 20.00 |
| RMS | 04/16/04 | .20 | Review email from defense counsel R. Osman re settlement negotiations. | L160 A104 | 72.00 |
| RMS | 04/19/04 | .30 | CLIP to M. Banks reciting additional information from defense counsel re [REDACTED – settlement discussion] | L160 A106 | 108.00 |
| RMS | 05/03/04 | .20 | Check CLIP/email for response from M. Banks; CLIP to M. Banks following up on last CLIP relaying info/offer from defendant. | L160 A106 | 72.00 |
| RMS | 05/03/04 | .20 | Review CLIP from M. Banks re settlement negotiations. | L160 A106 | 72.00 |

* * * REDACTED

| RMS | 05/03/04 | .10 | Telephone conference with M. Banks re [REDACTED – Settlement discussions] | L160 A106 | 36.00 |
|-----|----------|-----|------|------|-------|

* * * REDACTED

| RMS | 05/03/04 | .20 | CLIP to M. Banks, S. Williams re settlement position/demand. | L160 A106 | 72.00 |
|-----|----------|-----|------|------|-------|

* * * REDACTED

-12-

| | | | | | |
|---|---|---|---|---|---|
| RMS | 05/10/04 | .20 | Review Osman letter, with attached letter. | L160 A107 | 72.00 |
| RMS | 05/10/04 | .40 | Review CLIP from Stefani Williams; [REDACTED - settlement calculations] | L160 A106 | 144.00 |
| RMS | 05/12/04 | .40 | Review letter from defense counsel R. Osman; Telephone conference with R. Osman re settlement possibilities and RFS' counter-demand; email to FAB re matter and status of negotiations, with direction to her re same. | L160 A107 | 144.00 |
| RMS | 05/28/04 | .50 | CLIP to M. Banks re status of settlement discussions and upcoming summary judgment deadline. | L160 A106 | 180.00 |
| RMS | 06/01/04 | .10 | CLIP from M. Banks re [REDACTED - settlement] | L160 A106 | 36.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 06/02/04 | .10 | Call/message from M. Banks re settlement potential. | L160 A106 | 36.00 |
| RMS | 06/03/04 | .20 | Conference with PJM with update re matter, for purposes of client meeting with M. Banks later today. | L190 A105 | 72.00 |
| RMS | 06/03/04 | .50 | Conference with M. Banks re status of settlement discussions with opposing counsel and counter. | L160 A106 | 180.00 |
| RMS | 06/07/04 | .10 | Conference with FAB re plan for drafting summary judgment and review of discovery materials. | L240 A105 | 36.00 |
| RMS | 06/07/04 | .10 | Email communication/direction to FAB re reviewing initial rule 26(a) disclosures for purposes of determining whether 26(e) supplementation is necessary. | L390 A105 | 36.00 |
| FAB | 06/07/04 | .30 | Begin drafting motion for summary judgment. | L240 A103 | 60.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 06/08/04 | 3.30 | Drafting Motion for Summary Judgment, Memorandum in Support and Affidavit. | L240 A103 | 660.00 |
| RMS | 06/10/04 | .10 | Conference with FAB re | L240 A105 | 36.00 |

summary judgment drafting.

| | | | | | |
|---|---|---|---|---|---|
| RMS | 06/10/04 | .20 | Conference with FAB re project to determine whether 26(a) disclosures need to be supplemented. | L190 A105 | 72.00 |
| RMS | 06/11/04 | .20 | Telephone conference with M. Banks re 26(e) date, [REDACTED] and status of settlement negotiations (awaiting response from defense counsel). | L390 A105 | 72.00 |
| FAB | 06/11/04 | .30 | Review defendant's discovery responses. | L310 A104 | 60.00 |
| RMS | 06/15/04 | .20 | Conference with FAB re status of summary judgment drafting and related tasks. | L240 A105 | 72.00 |
| FAB | 06/15/04 | 2.50 | Continue drafting motion/memorandum for summary judgment and affidavit. | L240 A103 | 500.00 |
| RMS | 06/16/04 | .30 | Review letter from defense counsel with enclosed Clemmons' letters; email to M. Banks re same. | L160 A107 | 108.00 |
| FAB | 06/16/04 | .30 | Communications with S. Williams re information needed for MSJ. | L240 A106 | 60.00 |
| FAB | 06/16/04 | 6.00 | Continue drafting Motion/Memorandum for summary judgment and affidavit. | L240 A103 | 1200.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 06/17/04 | .10 | Email from M. Banks in response to Osman/Clemmons correspondence. | L160 A106 | 36.00 |
| RMS | 06/17/04 | .20 | Email from and to FAB re summary judgment. | L240 A105 | 72.00 |
| FAB | 06/17/04 | 1.20 | Review documents produced by defendant. | L240 A104 | 240.00 |
| FAB | 06/17/04 | .20 | Communications with S. Williams re infringement damages. | L240 A106 | 40.00 |
| FAB | 06/17/04 | .10 | Communications with R. Spencer re infringement damages. | L240 A105 | 20.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 06/22/04 | 2.00 | Review and revise FAB's draft motion, brief and affidavit | L240 A103 | 720.00 |

in support of summary
judgment.

* * * REDACTED

| FAB | 06/22/04 | 1.60 | Revise draft motion/memorandum/affidavit for summary judgment. | L240 A103 | 320.00 |
|-----|----------|------|---|-----------|--------|
| FAB | 06/22/04 | .10 | Communications with R. Spencer re MSJ; directions re preparing exhibits for same. | L240 A105 | 20.00 |
| FAB | 06/22/04 | .10 | Communications with Marcus Banks and S. Williams re MSJ drafts. | L240 A106 | 20.00 |
| FAB | 06/23/04 | .30 | Communications with S. Williams re MSJ, infringement damages and missing QA report to attach as exhibit. | L240 A106 | 60.00 |
| FAB | 06/23/04 | .50 | Revise draft MSJ and affidavit to incorporate client comments. | L240 A103 | 100.00 |
| FAB | 06/23/04 | .50 | Review final drafts and exhibits of MSJ and Affidavit. | L240 A104 | 100.00 |
| FAB | 06/24/04 | 1.50 | Final review of MSJ, affidavit and exhibits; review/revise table of authorities and table of contents. | L240 A104 | 300.00 |
| FAB | 06/24/04 | .10 | Communications with S. Williams re QA report. | L240 A106 | 20.00 |
| RMS | 06/28/04 | .20 | Review email from defense counsel R. Osman; call/message to R. Osman in response to email. | L160 A107 | 72.00 |
| RMS | 06/28/04 | .10 | Telephone conference with R. Osman, defense counsel, re rejection of insufficient settlement offer and related issues. | L160 A107 | 36.00 |
| RMS | 06/28/04 | .10 | CLIP to M. Banks and S. Williams reporting on conversation with defense counsel R. Osman and his response to client's statements. | L160 A106 | 36.00 |
| RMS | 06/28/04 | .20 | CLIP from M. Banks and responsive CLIP to Marcus. | L240 A106 | 72.00 |

* * * REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| RMS | 07/14/04 | .10 | Conference with FAB re status of communications from defendant and briefing schedule. | L240 | A105 | 36.00 |
| RMS | 07/19/04 | .10 | Review fax received from M. Banks, attaching transcribed voice mail message from Clemmons. | L160 | A106 | 36.00 |

* * * REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| RMS | 07/19/04 | .20 | Telephone conference with M. Banks re conversation with defense counsel R. Osman. | L160 | A106 | 72.00 |
| RMS | 07/19/04 | .20 | Telephone conference with defense counsel R. Osman re potential for settlement and summary judgment. | L160 | A107 | 72.00 |
| FAB | 07/19/04 | .10 | Communications with R. Spencer re status of defendant's reply to MSJ. | L240 | A105 | 20.00 |

* * * REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| RMS | 08/11/04 | .10 | Telephone conference with M. Banks re summary judgment and status. | L160 | A106 | 36.00 |
| RMS | 08/12/04 | .20 | Review defendants' response to motion for summary judgment. | L240 | A104 | 72.00 |
| RMS | 08/12/04 | .10 | Message/direction to FAB re reply brief/defendants' response to motion for summary judgment. | L240 | A105 | 36.00 |
| RMS | 08/12/04 | .20 | Conference with and direction to FAB re preparing reply in support of partial summary judgment. | L240 | A105 | 72.00 |
| FAB | 08/12/04 | .20 | Communications with R. Spencer re defendant's response brief and preparing reply. | L240 | A105 | 40.00 |

* * * REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| FAB | 08/12/04 | 1.00 | Research/review case law re willfulness issues under Lanham Act. | L240 | A102 | 200.00 |
| FAB | 08/12/04 | 1.20 | Draft reply in support of MSJ. | L240 | A103 | 240.00 |
| RMS | 08/13/04 | .10 | Review letter from defense counsel [REDACTED - settlement] | L160 | A104 | 36.00 |

| RMS | 08/13/04 | .20 | Call/message to M. Banks re letter from defense counsel; CLIP re same. | L160 A106 | 72.00 |
| RMS | 08/13/04 | .10 | Telephone conference with M. Banks re [REDACTED – settlement] | L160 A106 | 36.00 |
| RMS | 08/17/04 | .30 | Conference with FAB re Defendants' response to summary judgment and direction re drafting reply brief. | L240 A105 | 108.00 |
| FAB | 08/17/04 | .80 | Continue drafting reply in support of MSJ. | L240 A103 | 160.00 |
| FAB | 08/17/04 | .50 | Research re summary judgment/infringement damages under Lanham Act. | L240 A102 | 100.00 |

* * * REDACTED

| RMS | 08/18/04 | .10 | Communication with FAB re status of her analysis for reply brief. | L240 A105 | 36.00 |
| RMS | 08/18/04 | .20 | Email memo to M. Banks re discussion with defense counsel, extension on reply and potential for resolution; [REDACTED – settlement/strategy] | L160 A106 | 72.00 |

* * * REDACTED

| FAB | 08/18/04 | 4.00 | Draft agreed motion for extension of time; continue drafting Reply in support of MSJ. | L240 A103 | 800.00 |

* * * REDACTED

| FAB | 08/19/04 | .20 | Communications with S. Williams re Reply brief. | L240 A106 | 40.00 |
| RMS | 08/20/04 | .10 | Telephone conference with Judge Bernthal's clerk re status of agreed motion for reply extension (granted); brief communication to FAB re same. | L240 A108 | 36.00 |
| RMS | 08/23/04 | .20 | Email communication from M. Banks re settlement potential; response email to M. Banks re same. | L160 A106 | 72.00 |

* * * REDACTED

| FAB | 08/26/04 | 1.00 | Continue drafting Reply in support of summary judgment. | L240 A103 | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| RMS | 08/30/04 | .10 | Email from M. Banks re matter. | L160 A106 | 36.00 |
| RMS | 08/30/04 | .10 | Call/message for M. Banks. | L160 A106 | 36.00 |
| RMS | 08/31/04 | .10 | Telephone conference with M. Banks re settlement strategy and counter to Defendant's offer. | L160 A106 | 36.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 08/31/04 | .10 | Call/message to R. Osman (settlement negotiations). | L160 A107 | 36.00 |
| RMS | 09/01/04 | .10 | Telephone conference with opposing counsel R. Osman re potential for settlement; notes re same. | L160 A107 | 36.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 09/02/04 | .10 | Conference with FAB re trademark claims. | L240 A105 | 36.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 09/07/04 | .10 | Call/message from opposing counsel R. Osman (settlement discussion). | L160 A107 | 36.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 09/07/04 | .20 | Email to M. Banks regarding voice mail message received from R. Osman and [REDACTED – settlement negotiations] | L160 A106 | 72.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 09/07/04 | .20 | Communications with R. Spencer re MSJ/Reply brief. | L240 A105 | 40.00 |
| RMS | 09/15/04 | .10 | Telephone discussion with M. Banks re no further communication from defense counsel and status of motion (pending). | L120 A106 | 36.00 |
| RMS | 09/27/04 | .10 | Communication/direction to FAB re determining pretrial deadlines. | L430 A105 | 36.00 |
| FAB | 09/27/04 | .10 | Communications with R. Spencer re pretrial order and conference. | L440 A105 | 20.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 09/28/04 | .10 | Conference with FAB re pretrial order requirements. | L460 A105 | 36.00 |

| | | | | | |
|---|---|---|---|---|---|
| RMS | 09/28/04 | .20 | Telephone conference with M. Banks re upcoming pretrial and trial dates, continuance, and related issues. | L450 A106 | 72.00 |
| FAB | 09/28/04 | .20 | Communications with R. Spencer re preparing pretrial order. | L430 A105 | 40.00 |
| FAB | 09/28/04 | .10 | Review court docket to verify pretrial and trial deadlines. | L440 A104 | 20.00 |
| FAB | 09/28/04 | .80 | Draft Nature of Action, Jurisdiction and Statement of Uncontested Facts sections for inclusion in Pretrial Order. | L430 A103 | 160.00 |
| * * * REDACTED | | | | | |
| RMS | 09/29/04 | .20 | Telephone conference with M. Banks re witnesses for trial, motion for continuance, and related issues. | L410 A106 | 72.00 |
| * * * REDACTED | | | | | |
| RMS | 09/30/04 | .10 | Telephone conference with R. Osman re final pretrial order, motion for continuance of dates. | L250 A107 | 36.00 |
| * * * REDACTED | | | | | |
| FAB | 10/11/04 | .10 | Check court docket to determine whether motion for continuance granted. | L250 A104 | 23.00 |
| FAB | 10/12/04 | .10 | Communications with M. Banks re pretrial order. | L250 A106 | 23.00 |
| * * * REDACTED | | | | | |
| RMS | 10/14/04 | .40 | Telephone conference with M. Banks; review subseqeunt order from Court; communications with M. Banks re same. | L250 A106 | 144.00 |
| FAB | 10/14/04 | .10 | Communications with M. Banks re pretrial order. | L250 A106 | 23.00 |
| * * * REDACTED | | | | | |
| FAB | 10/14/04 | .40 | Begin drafting affidavit in support of supplemental memorandum proving infringement damages. | L240 A103 | 92.00 |
| FAB | 10/14/04 | .20 | Communications with S. Williams re supplemental | L240 A106 | 46.00 |

memorandum proving
infringement damages.

| FAB | 10/14/04 | .10 | Review court order requesting supplemental memorandum proving infringement damages. | L240 A104 | 23.00 |
| RMS | 10/18/04 | .10 | CLIP from M. Banks re order vacating trial date and requesting supplemental information re damage calculation. | L240 A106 | 36.00 |
| RMS | 10/18/04 | .20 | Email from FAB re supplemental memo and affidavit; begin brief review of drafts; email to FAB re same/deadline. | L240 A105 | 72.00 |
| FAB | 10/18/04 | .20 | Communications with S. Williams re supplemental memorandum re infringement damages. | L240 A107 | 46.00 |
| FAB | 10/18/04 | .80 | Draft supplemental memorandum and supporting affidavit re infringement damages. | L240 A103 | 184.00 |

* * * REDACTED

| RMS | 10/21/04 | .20 | Conference with and direction to FAB re Cox affidavit and supplemental memorandum. | L250 A105 | 72.00 |
| FAB | 10/21/04 | .20 | Communications with R. Spencer re supplemental memorandum for infringement damages. | L240 A105 | 46.00 |
| FAB | 10/21/04 | .20 | Communications with S. Williams and M. Banks re supplemental motion/affidavit in support of MSJ. | L240 A106 | 46.00 |
| FAB | 10/21/04 | .20 | Revise supplemental memorandum and affidavit per R. Spencer's comments. | L240 A103 | 46.00 |
| RMS | 10/22/04 | .50 | Review and revise FAB's draft supplemental memorandum; conference with FAB re same. | L240 A103 | 180.00 |

* * * REDACTED

| FAB | 10/22/04 | .10 | Communications with R. Spencer re supplemental memorandum. | L240 A105 | 23.00 |
| FAB | 10/22/04 | .20 | Communications with S. Williams and M. Banks re supplemental memorandum. | L240 A106 | 46.00 |

| | | | | | |
|---|---|---|---|---|---|
| FAB | 10/22/04 | .30 | Revise supplemental memorandum per R. Spencer's comments; review exhibits to Cox Affidavit. | L240 A103 | 69.00 |
| FAB | 10/24/04 | .10 | Communications with M. Banks re supplemental affidavit. | L240 A106 | 23.00 |
| RMS | 10/25/04 | .10 | Emails from M. Banks; review FAB emails to client. | L240 A106 | 36.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| FAB | 10/25/04 | .30 | E-file Supplemental memorandum and supporting documents. | L240 A111 | 69.00 |
| FAB | 10/25/04 | .40 | Revise supplemental memorandum and related documents with new affiant. | L240 A103 | 92.00 |
| FAB | 10/25/04 | .30 | Communications with M. Banks and S. Williams re supplemental memorandum and related documents. | L240 A106 | 69.00 |
| FAB | 10/25/04 | .10 | Communications with R. Spencer re supplemental memorandum and related documents. | L240 A105 | 23.00 |
| RMS | 11/16/04 | .20 | Check status of ruling on matter. | L190 A104 | 72.00 |
| RMS | 11/29/04 | .20 | CLIP from M. Banks re status of matter; check docket on PACER to confirm no order yet; responsive CLIP to M. Banks re same. | L240 A106 | 72.00 |

* * * REDACTED

| | | | | | |
|---|---|---|---|---|---|
| RMS | 12/09/04 | .70 | Review order and opinion by Judge Bernthal on summary judgment; conference with FAB re same; communications with M. Banks re same. | L240 A104 | 252.00 |
| RMS | 12/09/04 | .20 | Telephone conference with M. Banks re summary judgment opinion and strategy for proceeding. | L240 A106 | 72.00 |
| RMS | 12/12/04 | .30 | Email exchanges with M. Banks re summary judgment opinion/order, motion for entry of final judgment/dismissal of two counts. | L240 A106 | 108.00 |

| RMS | 12/13/04 | .50 | Prepare motion, proposed orders/attachments for electronic filing and service; electronically file/serve same. | L240 A101 | 180.00 |
| RMS | 12/30/04 | .10 | Review docket on ECF to determine status of ruling on motion for entry of final judgment. | L240 A104 | 36.00 |
| RMS | 01/05/05 | .20 | Appear before Judge Bernthal on telephonic Hearing; notes re same. | L450 A109 | 79.00 |

TOTALS                                                                $26,444.00

Scott McLester, Esq.                        Jan 13, 2005
FILE NUMBER: 26384-0079

                CLIENT DISBURSEMENTS/CHARGES
            JANUARY 1, 1900 to  JANUARY 13, 2005
            Ramada Franchise Systems, Inc. (891)


DATE      DESCRIPTION                              AMOUNT


02/26/03 Duplicating USER DEFINED 1: Morency , 1 copy     0.10
03/31/03 Duplicating USER DEFINED 1:  Spencer , 6 copies  0.60
04/15/03 Duplicating USER DEFINED 1:  Spencer 2 copies    0.20
05/01/03 Duplicating  Spencer 1 page                      0.10
05/04/03 Duplicating  Spencer 88 pages                    8.80
05/04/03 Duplicating  Spencer 20 pages                    2.00
05/04/03 Duplicating  Spencer 6 pages                     0.60
05/04/03 Duplicating  Spencer 1 page                      0.10
06/18/03 Duplicating  Morency 85 copies                   8.50
07/23/03 Duplicating Spencer USER DEFINED 1: Spencer 5    0.50
         pages
07/23/03 Duplicating Spencer USER DEFINED 1: Spencer 30   3.00
         pages
08/06/03 Duplicating Spencer USER DEFINED 1:  Spencer 18  1.80
         pages
08/26/03 Duplicating Spencer USER DEFINED 1:  Spencer 2   0.20
         pages
09/11/03 Duplicating Spencer USER DEFINED 1: Spencer 1    0.10
         pages
09/15/03 Duplicating Spencer USER DEFINED 1: Spencer 18   1.80
         pages
09/15/03 Duplicating Spencer USER DEFINED 1: Spencer 10   1.00
         pages
09/19/03 Duplicating Spencer USER DEFINED 1: Spencer 2    0.20
         pages
10/01/03 Duplicating Burke Fi USER DEFINED 1:  Burke Fi   3.00
         30 pages
10/27/03 Duplicating Spencer USER DEFINED 1: Spencer 5    0.50
         pages
10/27/03 Duplicating Spencer USER DEFINED 1: Spencer 30   3.00
         pages
10/29/03 Duplicating Spencer USER DEFINED 1: Spencer 84   8.40
         pages
11/03/03 Duplicating Spencer USER DEFINED 1: Spencer 18   1.80
         pages
11/10/03 Duplicating Morency USER DEFINED 1: Morency 13   1.30
         pages
11/11/03 Duplicating Spencer USER DEFINED 1: Spencer 1    0.10
         page

12/08/03 Duplicating Morency USER DEFINED 1:  Morency 6   0.60
         pages
12/17/03 Duplicating Spencer USER DEFINED 1:  Spencer 9   0.90
         pages
01/13/04 Duplicating Spencer USER DEFINED 1: Spencer 150 15.00
         pages
01/13/04 Duplicating Morency USER DEFINED 1: Morency 3    0.30
         pages

                        -23-

```
04/14/04 Duplicating   Spencer USER DEFINED 1:   Spencer      15.40
         154 pages
04/14/04 Duplicating   Spencer USER DEFINED 1: Spencer 3       0.30
         pages
05/12/04 Duplicating Spencer USER DEFINED 1:    Spencer       36.30
05/14/04 Duplicating Spencer USER DEFINED 1:    Spencer        0.50
06/17/04 Duplicating Spencer USER DEFINED 1: Spencer           0.40
06/23/04 Duplicating Morency USER DEFINED 1: Morency           4.80
06/23/04 Duplicating Burke Fi USER DEFINED 1:   Burke Fi       1.40
06/24/04 Duplicating Burke Fi USER DEFINED 1:   Burke Fi       0.60
06/24/04 Duplicating Burke Fi USER DEFINED 1:   Burke Fi       1.70
06/24/04 Duplicating Burke Fi USER DEFINED 1:   Burke Fi       2.20
06/24/04 Duplicating Morency USER DEFINED 1: Morency           0.10
06/30/04 Duplicating Spencer USER DEFINED 1: Spencer          16.10
08/11/04 Duplicating Morency USER DEFINED 1:    Morency        4.80
08/13/04 Duplicating Spencer USER DEFINED 1:    Spencer        0.20
08/18/04 Duplicating Morency USER DEFINED 1:    Morency        1.30
09/02/04 Duplicating Spencer USER DEFINED 1:    Spencer        0.10
09/07/04 Duplicating Spencer USER DEFINED 1:    Spencer        2.30
09/07/04 Duplicating Spencer USER DEFINED 1:    Spencer        3.90
01/05/05 Duplicating and Binding Spencer USER DEFINED 1:       0.50
         Spencer
01/22/03 COPYING OF CLIENT FILE - 12/30/02 - PJM -           44.00
         VENDOR: ADVANTAGE DOCUMENT SERVICES, INC.
02/13/03 Outside Duplicating- COPYING OF CLIENT GREEN       104.64
         FILE - 01/23/03 - PJM - VENDOR: ADVANTAGE
         DOCUMENT SERVICES, INC.
05/09/03 Outside Duplicating -  COPYING OF COMPLAINT TO      63.40
         BE FILED WITH COURT - 05/01/03 - FAB - VENDOR:
         ADVANTAGE DOCUMENT SERVICES, INC.
05/09/03 Outside Duplicating  -  COPIES OF COLOR            60.00
         PHOTOGRAPHS - 05/01/03 - FAB - VENDOR:
         ADVANTAGE DOCUMENT SERVICES, INC.
09/20/04 Outside Duplicating - VENDOR:ADVANTAGE DOCUMENT    204.20
         SERVICES, INC.- INV# 52312; OUTSIDE
         PHOTOCOPYING OF MOTION FOR SUMMARY JUDGMENT AND
         SUPPORTING PLEADINS; PJM

10/18/04 Telephone tolls                                     0.72
         Number: 9734967504
         Time: 00:09
         Caller: 5752
01/23/03 Courier Services                                   20.00
         Air Bill: 619750127270
         Sender: MAILROOM
         Recipient: STEFANI J. WILLIAMS
         Address: 1 SYLVAN WAY
         City: PARSIPPANY
         State: NJ
         Zip code: 07054
03/10/03 Courier Services                                   10.20
         Air Bill: 619750148304
         Sender: MAILROOM
         Recipient: DAVID H. CLEMMONS
         Address: 6 DOGWOOD PLACE
         City: HARRISBURG
         State: IL
         Zip code: 62946
03/10/03 Courier Services                                   10.20
         Air Bill: 619750148315
         Sender: MAILROOM
```

```
            Recipient: GEORGE D. BARNES
            Address: 211 WEST POPLAR STREET
            City: HARRISBURG
            State: IL
            Zip code: 62946
03/10/03 Courier Services                                    7.70
            Air Bill: 619750148326
            Sender: MAILROOM
            Recipient: GEORGE D. BARNES
            Address: 388 EASTGATE DRIVE
            City: DANVILLE
            State: IL
            Zip code: 61832
05/05/03 Courier Services                                   14.00
            Air Bill: 619750173257
            Sender: MAILROOM
            Recipient: CLERK OF THE COURT
            Address: 201 SOUTH VINE
            City: URBANA
            State: IL
            Zip code: 61802

05/07/03 Courier Services                                   12.00
            Air Bill: 619750174231
            Sender: MAILROOM
            Recipient: ATTN:VERONICA BALL
            Address: CENTRAL DISTRICT OF ILLINOIS
            City: URBANA
            State: IL
            Zip code: 61802
05/08/03 Courier Services                                   13.00
            Air Bill: 836169165796
            Sender: FRANCINE MCCORMICK
            Recipient: FRANCINE MC CORMICK
            Address: 6600 SEARS TOWER
            City: CHICAGO
            State: IL
            Zip code: 60606
05/12/03 Courier Services                                   11.20
            Air Bill: 619750177377
            Sender: MAILROOM
            Recipient: HEARTLAND INVESTIGATIONS
            Address: ATTN PAT
            City: MURPHYSBORO
            State: IL
            Zip code: 62966
06/02/03 Courier Services                                    6.90
            Air Bill: 619750185890
            Sender: MAILROOM
            Recipient: CLERK OF THE COURT
            Address: 201 SOUTH VINE ROOM 218
            City: URBANA
            State: IL
            Zip code: 61802
07/22/03 Courier Services                                    8.70
            Air Bill: 820580374690
            Sender: PAT SPARKS
            Recipient: FRANCINE L MCCORMICK
            Address: 6600 SEARS TWR 233 S WACKER DR
            City: CHICAGO
            State: IL
```

```
                   Zip code: 60606
07/23/03 Courier Services                                    7.60
                   Air Bill: 619750206414
                   Sender: MAILROOM
                   Recipient: CLERK OF THE COURT
                   Address: 201 SOUTH VINE
                   City: URBANA
                   State: IL
                   Zip code: 61802

08/05/03 Courier Services                                    7.70
                   Air Bill: 836169165811
                   Sender: ROBIN M SPENCER
                   Recipient: ROBIN M SPENCER
                   Address: 6600 SEARS TWR
                   City: CHICAGO
                   State: IL
                   Zip code: 60606
09/15/03 Courier Services                                    7.70
                   Air Bill: 619750226931
                   Sender: MAILROOM
                   Address: 201 SOUTH VINE
                   City: URBANA
                   State: IL
                   Zip code: 61802
09/15/03 Courier Services                                    7.70
                   Air Bill: 619750227228
                   Sender: MAILROOM
                   Recipient: CLERK OF THE COURT
                   Address: CENTRAL DISTRICT OF ILLINIOS
                   City: URBANA
                   State: IL
                   Zip code: 61802
09/16/03 Courier Services                                    7.70
                   Air Bill: 836169165958
                   Sender: ROBIN M SPENCER
                   Recipient: ROBIN M SPENCER
                   Address: 6600 SEARS TWR 233 S WACKER DR
                   City: CHICAGO
                   State: IL
                   Zip code: 60606
10/27/03 Courier Services                                    7.70
                   Air Bill: 619750245709
                   Sender: MAILROOM
                   Recipient: CLERK OF THE COURT
                   Address: CENTRAL DISTRICT OF ILLINOIS
                   City: URBANA
                   State: IL
                   Zip code: 61802
10/28/03 Courier Services                                    7.70
                   Air Bill: 836169165899
                   Sender: ROBIN M SPENCER
                   Recipient: ROBINK M SPENCER
                   Address: 233 S WACKER DR 6600 SEARS TWR
                   City: CHICAGO
                   State: IL
                   Zip code: 60606


12/17/03 Courier Services                                    7.70
                   Air Bill: 619750266589
```

```
           Sender: MAILROOM
           Recipient: CLERK OF THE COURT
           Address: 201 SOUTH VINE
           City: URBANA
           State: IL
           Zip code: 61802
12/18/03 Courier Services                              7.70
           Air Bill: 840856852797
           Sender: ROBIN M SPENCER
           Recipient: ROBIN M SPENCER
           Address: 6600 SEARS TWR
           City: CHICAGO
           State: IL
           Zip code: 60606
01/13/04 Courier Services                             16.20
           Air Bill: 619750277370
           Sender: MAILROOM
           Recipient: MARCUS BANKS, ESQ
           Address: 1 SYLVAN WAY
           City: PARSIPPANY
           State: NJ
           Zip code: 07054
06/24/04 Courier Services                             13.60
           Air Bill: 652115305157
           Sender: MAILROOM
           Recipient: RONALD E OSMAN
           Address: 1602 W KIMMEL STREET
           City: MARION
           State: IL
           Zip code: 62959
06/24/04 Courier Services                             14.60
           Air Bill: 652115305168
           Sender: MAILROOM
           Recipient: CLERK OF THE COURT
           Address: CENTRAL DISTRICT OF ILLINOIS
           City: URBANA
           State: IL
           Zip code: 61802
08/18/04 Courier Services                              8.70
           Air Bill: 652115325891
           Sender: MAILROOM
           Recipient: CLERK OF THE COURT
           Address: 201 SOUTH VINE  ROOM 218
           City: URBANA
           State: IL
           Zip code: 61802

08/19/04 Courier Services                              7.20
           Air Bill: 009406738530
           Sender: CENT DIST CLERK'S OFFICE
           Recipient: DIONA BURKE
           Address: 233 S WACKEK DR 73RD FL
           City: CHICAGO
           State: IL
           Zip code: 60606
04/30/03 FILING OF COMPLAINT (FILING FEE) - 05/01/03 -   150.00
           FAB -  VENDOR: U.S. DISTRICT COURT
05/02/03 Investigating Expenses - INVESTIGATION,        486.73
           DANVILLE: DRAFTING/ REPORTING/ CORRESPONDENCE -
           4/23/03, 4/28/03 - RMS -VENDOR:ROBERT A. LUCAS
```

* * * REDACTED

```
04/22/03  Service Bureau Fees -  OWNERSHIP SEARCH AND        64.00
          COPIES OF RECORDED DOCUMENTS - 04/15/03 - SLS -
          VENDOR: VERMILION COUNTY TITLE, INC.
05/12/03  FEES REQUIRED BY PROCESS SERVER TO SERVE PAPERS    71.00
          - 05/12/03 - FAB -  VENDOR: HEARTLAND
          INVESTIGATIONS


              TOTAL                                         $854.64



   *----DISBURSEMENTS/CHARGES CODE SUMMARY--------*
   *----DISBURSEMENTS/CHARGES CODE-----*    AMOUNT
   E101    Copying                          157.40
   E102    Outside Printing                 476.24
   E105    Telephone Long-Distance C           .72
   E107    Delivery services/messeng        243.40
   E112    Court fees                       150.00
   E120    Private Investigator Fees        486.73
   *** REDACTED
   E124    Other [Service of Process]        71.00
```

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE
ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

CH1\ 4220458.2