E-FILED
Friday, 14 January, 2005  04:46:25 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **RAMADA FRANCHISE SYSTEMS, INC.,** a Delaware corporation, | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 03-2079 |
| **DAVID H. CLEMMONS,** an individual, | ) ) Hon. David C. Bernthal ) ) |
| **Defendant.** | ) |

## JUDGMENT ORDER

This matter having come before the Court pursuant to Local Rule 54.1 and upon plaintiff Ramada Franchise Systems, Inc.'s Petition for Award of Attorneys' Fees and Costs against defendant David H. Clemmons, and the Court having been fully advised,

IT IS HEREBY ORDERED THAT:

Judgment is hereby entered in favor of plaintiff Ramada Franchise Systems, Inc. and against defendant David Clemmons in the amount of $246,822.67 as follows:

1. On Counts I, II, IV, VI and VII of the Verified Complaint in the amount of $83,176.00; and

2. On Count IX of the Verified Complaint in the amount of $50,000; and

3. On Count XI of the Verified Complaint in the amount of $86,348.03; and

4. Attorneys' fees and costs in the amount of $27,298.64,

plus post-judgment interest.

ENTERED:

Dated: _____

_____
Magistrate Judge David C. Bernthal

CH1\4220761.1