E-FILED
Friday, 28 January, 2005  02:03:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., ) <br> A Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID H. CLEMMONS, ) <br> an individual, ) <br> ) <br> Defendant/Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUADRANT JOINT VENTURE ) <br> ) <br> Third Party Defendant. ) | No. 03-2079 |

**DEFENDANT'S OBJECTION TO PETITION
FOR AWARD OF ATTORNEYS' FEES AND COSTS**

NOW COMES the Defendant/Third Party Plaintiff, David H. Clemmons, (hereafter "Defendant") by and through his attorneys, Ronald E. Osman & Associates, Ltd., and for Defendant's Objection to Petition for Award of Attorneys' Fees and Costs states as follows:

1. On January 14, 2005, Plaintiff Ramada Franchise System (hereafter "Plaintiff") submitted its petition for award of attorneys' fees and costs.

2. Along with said petition, Plaintiff submitted Form AO 133, Bill of Costs Summary, claiming that it is entitled to reimbursement of $854.64, which includes $633.34 for "fees and disbursements for printing."

3. Pages 23 and 24 of Plaintiff's Exhibit A to Petition provide no documentation or proof and specifying why these copies were necessary for the litigation.

4. The prevailing party is entitled to reimbursement for copies, relating to discovery and court's copies of pleadings, motions, and memoranda. <u>28 U.S.C. § 1920</u>(4). See <u>Illinois v. Sangamo Construction Co</u>., 657 F.2d 855, 867 (7th Cir. 1981).

5. A party may recover costs of copies provided to the court and opposing counsel; it cannot recover costs for copies for its own use. See <u>Sharp v. United Airlines</u>, 197 F.R.D. 361, 362 (N.D. Ill. 2000); <u>Jones v. Bd. of Trustees</u>, 197 F.R.D. 363, 364 (N.D. Ill. 2000).

6. When the court is unable to "determine whether the copies in question were reasonably necessary for use in the case, the claim for costs should be denied." See <u>Arachnid, Inc. v. Valley Recreation Products, Inc</u>., 143 F.R.D. 192, 194 (N.D.Ill. 1992).

7. Because the Petition here provides no basis to assess the reasonableness of the costs involved or the necessity of the photocopies, Plaintiff's request for costs related to photocopying should be denied.

Wherefore, Defendant/Third-Party Plaintiff, David Clemmons, pray this Court deny Plaintiff Ramada Franchise Petition for Award Costs, in the amount of $633.34.

Respectfully submitted,

<u>/s/ Ronald E. Osman</u>
Ronald E. Osman #3123542
Ronald E. Osman & Associates, Ltd.
1602 W. Kimmel/P.O. Box 939
Marion, IL 62959 (618) 997-5151
Facsimile (618) 997-4983

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Fiona Burke | Paula J. Morency |
| Robin Spencer | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None

/s/ Ronald E. Osman
Ronald E. Osman #3123542
Ronald E. Osman & Associates, Ltd.
1602 W. Kimmel/P.O. Box 939
Marion, IL  62959  (618) 997-5151
Facsimile (618) 997-4983