E-FILED
Tuesday, 08 March, 2005  11:20:33 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation,<br><br>        Plaintiff,<br>v.<br><br>DAVID H. CLEMMONS, an individual,<br>        Defendant. | Case No. 03-2079 |

## ORDER

      Before the Court is a Petition for Award of Attorney Fees and Costs (#44) filed by Plaintiff. The Court has carefully considered the petition and its attachments. The Court has also carefully considered the written opposition filed by Defendant David H. Clemmons. With respect to the latter, Defendant Clemmons does not challenge the attorney fees. Rather, he challenges a portion of the copying costs on the basis that Plaintiff has failed to establish that they were reasonably necessary for use in the case. Defendant's objection is well taken. Accordingly, the Court will allow the petition but amend the amount recoverable for costs to reflect the reduction of $633.34.

      The Petition for Award of Attorney Fees and Costs **(#44)** is **GRANTED in part** and **DENIED in part**. Specifically, the Court awards the sum of $26,444.00 in attorney fees and $221.30 in costs, for a total of $26,665.30.

      ENTER this 8th day of March, 2005.

                                                 s/ DAVID G. BERNTHAL
                                                 U.S. MAGISTRATE JUDGE