**E-FILED**
Tuesday, 08 March, 2005  11:25:29 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES  DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **RAMADA FRANCHISE SYSTEMS, INC.,** | ) | |
| **a Delaware corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 03-2079** |
| | ) | |
| **DAVID H. CLEMMONS,** | ) | |
| **an individual,** | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL OF COUNTS V AND VIII (ONLY)
## OF THE VERIFIED COMPLAINT

This matter having come before the Court upon Plaintiff Ramada Franchise Systems, Inc.'s Motion for Dismissal of Counts V and VIII (Only) of the Verified Complaint and for Entry of Final Judgment on Counts I, II, IV, VI, VII, IX, and XI, of the Verified Complaint (#43), the Court having been fully advised,

**IT IS HEREBY ORDERED THAT** Plaintiff Ramada Franchise Systems, Inc.'s Motion for Dismissal of Counts V and VIII (Only) of the Verified Complaint and for Entry of Final Judgment on Counts I, II, IV, VI, VII, IX, and XI, of the Verified Complaint **(#43)** is **ALLOWED** and Counts V and VIII of the Verified Complaint (only) are hereby dismissed with prejudice.

ENTER this 8th day of March, 2005.

_____ s/ DAVID G. BERNTHAL _____
U.S. MAGISTRATE JUDGE