E-FILED
Tuesday, 08 March, 2005  11:31:24 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| RAMADA FRANCHISE SYSTEMS, INC., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAVID H. CLEMMONS, ) <br> an individual, ) <br> Defendant. ) | Case No. 03-2079 |

## JUDGMENT ORDER

This matter having come before the Court pursuant to Local Rule 54.1 and upon Plaintiff Ramada Franchise Systems, Inc.'s Petition for Award of Attorneys' Fees and Costs against Defendant David H. Clemmons, and the Court having been fully advised,

**IT IS HEREBY ORDERED THAT:**

The Clerk of the Court is hereby directed to enter Judgment in favor of Plaintiff Ramada Franchise Systems, Inc. and against Defendant David H. Clemmons in the amount of $246,189.33 as follows:

1. On Counts I, II, IV, VI, and VII of the Verified Complaint in the amount of $83,176.00; and

2. On Count IX of the Verified Complaint in the amount of $50,000; and

3. On Count XI of the Verified Complaint in the amount of $86,348.03; and

4. Attorneys' fees and costs in the amount of $26,665.30.

ENTER this 8th day of March, 2005.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE

F:\CMECF\CV\9\ramada v clemmons.03-2079.judgment order.wpd