AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**RAMADA FRANCHISE SYSTEMS, INC.,**
           **Plaintiff,**
      vs.                                                         Case Number:   **03-2079**


**DAVID H. CLEMMONS, an individual,**
           **Defendant.**


☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against defendant in the amount of $246,189.33 as follows:

   1. On Counts I, II, IV, VI, and VII of the Verified Complaint in the amount of $83,176.00; and

   2. On Count IX of the Verified Complaint in the amount of $50,000; and

   3. On Count XI of the Verified Complaint in the amount of $86,348.03; and

   4. Attorneys' fees and costs in the amount of $26,665.30.

   5. Counts V and VIII of the Verified Complaint are dismissed with prejudice


                           ENTER this 8th day of March, 2005.

                                    s/ John M. Waters
                              JOHN M. WATERS, CLERK


                                    s. M. Talbott
                              BY:  DEPUTY CLERK